Donald W. Searles (Cal. Bar No. 135705)
Email: searlesd@sec.gov
David M. Rosen (Cal. Bar No. 150880)
Email: rosend@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Applicant,<br><br>    vs.<br><br>ETEK INVESTMENT MANAGEMENT, INC.,<br><br>              Respondent. | Case No. 2:15-cv-05157-SS<br><br>**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

1 | Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff
2 | Securities and Exchange Commission hereby gives notice that the above-captioned
3 | action is voluntarily dismissed, without prejudice, against Respondent Etek
4 | Investment Management, Inc.

6 | Dated:  September 29, 2015            Respectfully submitted,

*/s/ Donald W. Searles*
DONALD W. SEARLES
Attorney for Plaintiff
Securities and Exchange Commission

1

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 29, 2015, I caused to be served the document entitled **SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** on all the parties to this action addressed as stated on the attached service list:

☒   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 29, 2015        */s/ Donald W. Searles*
                                                Donald W. Searles

**SEC v. ETEK INVESTMENT MANAGEMENT, INC.**
**United States District Court—Central District of California**
**Case No. 2:15-cv-05157-SS**

**SERVICE LIST**

Etek Investment Management, Inc.
c/o Kenneth S. Koos, Chief Executive Officer
7 Mizzen Mast Drive
Charleston, SC 29407

3